Eagle Pass

FILED

OCT 1 9 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

UNITED STATES DISTRICT COURT
Western District of Texas
DEL RIO DIVISION

UNITED STATES OF AMERICA

v.

(1) Angel GONZALEZ JUAREZ
Defendant

Case Number: 2:26-CR-00890(1)-EG
USM Number: 48692-512

FILED

OCT 2 0 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, (1) Angel GONZALEZ JUAREZ, was represented by Dalila Padilla Paxton standing in for Dorothy Thomas (AFPD).

The defendant pled guilty to Count(s) One of the Indictment on July 9, 2026. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s)

| Title and Section | Nature of Offense | Offense Ended | Count(s) |
|---|---|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-entry into the United States | March 14, 2026 | One |

As pronounced on October 19, 2026, the defendant is sentenced as provided in pages 2 through 6 of the judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for the district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by the Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this 19th day of October 2026.

RETURNED
EXECUTED
DATE: 10/20/2026

RECEIVED
OCT 1 9 2026
U.S.MARSHALS W/TX DEL RIO

ERNEST GONZALEZ
United States District Judge

A true copy of the original, I certify.
Clerk, U.S. District Court
By: ______ Deputy Clerk

Arresting Agency: United States Border Patrol